IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARC ANTHONY JAMES ARNOLD, | : |
| Plaintiff, | : CIVIL ACTION |
| v. | : NO. 10-cv-5742 |
| NANCY L. AFFLERBACH,<br>CAROL SOMMERS,<br>JAMES BLOOM, and<br>DALE MEISEL, | : |
| Defendants. | : |

### ORDER

AND NOW, this 22nd day of March, 2012, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 31), Plaintiff's Memoranda in opposition thereto (ECF Nos. 35, 37), and Plaintiff's Motion for Summary Judgment (ECF No. 35), it is hereby ORDERED as follows:

1. Defendants' Motion for Summary Judgment is DENIED;

2. Plaintiff's Motion for Summary Judgment is GRANTED. Judgment is ENTERED for Plaintiff and against Defendants. The parties are directed to contact the Deputy Clerk to schedule a hearing on the assessment of damages.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.